DONOHUE et al., Respondents, v. LAWYERS' ADVERTISING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Philip F. Donohue and another against the Lawyers' Advertising Company. A. P. Massey, for appellant. M. D. Steuer, for respondents. No opinion. Orders reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on Konheim v. Harris, 148 App. Div. 238, 132 N. Y. Supp. 1028. Order filed.

DOPP, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Mary A. Dopp, as administratrix, etc., against the General Electric Company. See, also, infra.
PER CURIAM. The verdict is sustained by the evidence, and we find no error calling for a reversal upon the facts shown. Judgment and order unanimously affirmed, with costs.

DOPP v. GENERAL ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Mary A. Dopp, as administratrix, etc., of Horatio F. Dopp, deceased, against the General Electric Company. No opinion. Motion denied. See, also, supra.

DOWNES v. WENNINGER et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Appeal from Special Term, New York County. Action by Bazena T. Downes against Carolina Wenninger and others. From an order compelling the purchaser to complete his purchase, Edward McKiernan appeals. Order modified and affirmed. William A. Keating, for appellant. John F. Moroney, for respondent.
PER CURIAM. The order appealed from is modified, by striking out the provision requiring the purchaser to pay interest·on the amount of the unpaid purchase price from the 2d of June, 1910. As thus modified, the order is affirmed, without costs.

DRISCOLL, Respondent. v. HAMBURG–AMERICAN LINE, Appellant. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by John Driscoll against the Hamburg-American Line. M. L. Malevinsky, for appellant. S. Pierson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DUCAS, Appellant, v. DUCAS, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Benjamin P. Ducas against Rachel N. Ducas, impleaded with others. E. W. Hatch, for appellant. A. H. Evans, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 35.

DUHAIN, Respondent, v. MERMOD J. & KING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Louis A. Duhain against the Mermod J. & King Company. W. B. Winslow, for appellant. H. W. Unger, for respondent. No opinion. Judgment (73 Misc. Rep. 423, 131 N. Y. Supp. 11) affirmed, with costs. Order filed.

In re DUNN. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Mary A. Dunn. No opinion. The record now having been filed, the appeal is set down for June 14th, at which time appellant must be ready for argument.

In re DUNN. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Mary A. Dunn. No opinion. Application denied, without costs.

DYER, Respondent, v. RADERMACHER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by James Dyer against John L. Radermacher. No opinion. Motion denied, with costs. See, also, 148 App. Div. 929, 133 N. Y. Supp. 1119.

EAGAN, Respondent, v. SMYTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Elizabeth B. Eagan against Dora M. Smyth. No opinion. Appeal dismissed, without costs, upon stipulation filed.

EASTON et al., Respondents, v. NEW YORK STATE NAT. BANK, ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by William Easton and others against the New York State National Bank, Albany. No opinion. Judgment and orders unanimously affirmed, with costs.

In re EAST 180TH ST. (Supreme Court, Appellate Division, First Department. April 26, 1912.) In the matter of East 180th Street. No opinion. Motion granted, with $10 costs. Order filed.

EGAN, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by James J. Egan against the Board of Education of New York. N. B. Chadsey, for appellant. C. McIntyre, for respondent. No opinion. Determination and judgment (70 Misc. Rep. 518, 127 N. Y. Supp. 611) affirmed, with costs. Order filed.

EGAN v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Jas. J.

Egan against the Board of Education. No opinion. Motion granted. Order filed. See, also, 135 N. Y. Supp. 1109.

ELECTRIC R. ADVERTISING CO., Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by the Electric Railroad Advertising Company against the New York State Railways.

PER CURIAM. Judgment modified, by inserting the word "advertising" before the word "signs," so as to read, "advertising matter or advertising signs," and by adding at the end of the same paragraph the following: "But the use of signs indicating the route, destination of its cars, or containing notice to its patrons as to the car or line to reach a particular place, is not enjoined." And, as so modified, the judgment is affirmed, without costs of this appeal to either party.

ELECTRIC STORAGE BATTERY CO., Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the Electric Storage Battery Company against the Empire State Surety Company. B. Reese, for appellant. W. MacFarlane, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ELLS, Respondent, v. SHAPPEE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by George W. Ells against Frank L. Shappee. No opinion. Judgment and order unanimously affirmed, with costs.

ELMER, Appellant, v. UFFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1912.) Action by Orrin Elmer against Milton F. Ufford and another. No opinion. Motion granted, unless appellant serves printed case on or before Saturday, May 18th, and brings the case on for argument on Wednesday, May 22d, in which case motion is denied.

EMMET et al. v. RUNYON et al. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by William T. Emmet and another, as substituted trustees, etc., against Ella V. L. Runyon and others. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 310, 123 N. Y. Supp. 1026.

ENTHOVEN, Appellant, v. AMERICAN FIDELITY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Rose Enthoven against the American Fidelity Company. A. Pfeiffer, for appellant. A. I. Elkus, for respondent.

PER CURIAM. Judgment and orders (128 N. Y. Supp. 805) affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

EPSTEIN v. HIRSHFIELD. (Supreme Court, Appellate Term. May 9, 1912.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Solomon Epstein, an infant, by Charles Epstein, his guardian ad litem, against Mollie Hirschfield. From a judgment dismissing the complaint at the close of plaintiff's case, entered in the Municipal Court of the City of New York, plaintiff appeals. Modified and affirmed. Barnett v. Kopelman, of New York City, for appellant. Lyman A. Spalding, of New York City (Thomas J. Skelly, of New York City, of counsel), for respondent.

PER CURIAM. The complaint, which was verified, contained no allegation that the steam plant and the radiators in the building were under the exclusive control of the landlord, and that he was obligated to keep the same in repair, nor was there any proof given upon the trial to that effect. The dismissal of the complaint was therefore proper, but judgment should have been entered without prejudice to a new action. Judgment modified, by inserting therein the words "without prejudice to a new action," and, as modified, affirmed, without costs in this court to either party.

EPSTEIN v. SUSSMAN et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Samuel Epstein against Hyman Sussman and others. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 20.

EQUITABLE TRUST CO. v. MOSS. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by the Equitable Trust Company against Samuel H. Moss. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 533.

In re ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) In the matter of the application of the Erie Railroad Company to determine how its double-track railroad on a changed line shall cross a highway in the town of Hinsdale, Cattaraugus County, New York. No opinion. Order affirmed, with costs.

EWELL, Appellant, v. SOUTHARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by James L. Ewell against James B. Southard and another. No opinion. Judgment affirmed, with costs.

EWEN, Appellant, v. THOMPSON–STARRETT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Robert Ewen against the Thompson-Starrett Company and others. No opinion. Judgment affirmed, with costs.

EXCELLO ARC LAMP CO. v. ARMSTRONG et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.)